■ The People of the State of New York ex rel. Sam Sax, Also Known as Gregory Castle, Appellant, v Warden et al., Respondents. [684 NYS2d 790] —Judgment, Supreme Court, New York County (Herbert Alderberg, J.), entered on or about November 21, 1997, unanimously affirmed, without costs.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no non-

frivolous points which could be raised on this appeal. Concur—Sullivan, J. P., Lerner, Andrias and Saxe, JJ.